# IN RE JOHNNA R.
## (AC 31460)

DiPentima, C. J., and Gruendel and Hennessy, Js.

Argued May 24—officially released June 15, 2010

Per Curiam. The judgment is affirmed.